**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew F. Wolbert** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6266** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–11353–TPA** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew F. Wolbert

5/16/18                                                                                  **By the court:**   Thomas P. Agresti
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Certificate of Notice    Page 2 of 3

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew F. Wolbert
    Debtor

Case No. 17-11353-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 16, 2018
　　　　　　　　　　　　Form ID: 318　　　Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db            +Andrew F. Wolbert,   569 Old Fryburg Road,   Lucinda, PA 16235-2017
14750391      +Bank of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
14750398      +First National Bank of PA,   1 FnB Boulevard,   Hermitage, PA 16148-3363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 01:53:05     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14750392      +EDI: CAPITALONE.COM May 17 2018 05:43:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
14750393      +EDI: CITICORP.COM May 17 2018 05:43:00      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
14750394      +E-mail/Text: cduncan@clarionfcu.org May 17 2018 01:52:55     Clarion Federal Credit Union,
                 144 Holiday Inn Road,   Clarion, PA 16214-4038
14750395      +EDI: WFNNB.COM May 17 2018 05:43:00      Comenity Bank/BonTon,   PO Box 182789,
                 Columbus, OH 43218-2789
14750396      +EDI: TSYS2.COM May 17 2018 05:43:00      DSNB Macys,   P.O. Box 8218,   Mason, OH 45040-8218
14750397      +E-mail/Text: bankruptcynotice@fcbanking.com May 17 2018 01:52:42     First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
14750399       EDI: TFSR.COM May 17 2018 05:43:00      Lexus Financial Services,   PO Box 4102,
                 Carol Stream, IL 60197-4102
14750400      +EDI: SEARS.COM May 17 2018 05:43:00      Sears / CBNA,   PO Box 6189,
                 Sioux Falls, SD 57117-6189
14750401      +EDI: RMSC.COM May 17 2018 05:43:00      Syncb/tjx Cos Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
14750402      +EDI: RMSC.COM May 17 2018 05:43:00      Synchony Bank / Gap,   PO Box 965005,
                 Orlando, FL 32896-5005
14750403      +EDI: RMSC.COM May 17 2018 05:43:00      Synchrony Bank / JCPenny,   PO Box 965007,
                 Orlando, FL 32896-5007
14750404      +EDI: TFSR.COM May 17 2018 05:43:00      Toyota Motor Credit Company,
                 240 Gibraltar Road, Suite 260,   Horsham, PA 19044-2387
14750405      +EDI: WFFC.COM May 17 2018 05:43:00      Wells Fargo Retail Services,   PO Box 94498,
                 Las Vegas, NV 89193-4498
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Andrew F. Wolbert dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 4
```